36 So.2d 556

### OWENS v. STATE.
### 8 Div. 455.

Supreme Court of Alabama.
July 31, 1948

H. H. Hamilton, of Russellville, for petitioner.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

The petition for writ of certiorari to this court must be denied. The petitioner's application for rehearing in the Court of

148

Appeals was not denied, but was stricken for failure to comply with the pertinent rule, in consequence of which the matter cannot be brought here for review. Wilkerson v. State, 246 Ala. 542, 21 So.2d 622.

Writ denied.

GARDNER, C. J., and BROWN, LIVINGSTON, JJ., concur.